650 A.2d 334

IN THE MATTER OF PHILLIP F. GUIDONE,
AN ATTORNEY AT LAW.

December 1, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PHILLIP F. GUIDONE** of **CHESTER,** who was admitted to the bar of this State in 1966, and who was suspended from the practice of law for a period of three months, effective August 20, 1994, by Order of this Court dated July 29, 1994, be restored to the practice of law, effective immediately.